Ryan M. Lower, NV Bar No. 9108
Raleigh C. Thompson, NV Bar No. 11296
MORRIS LAW GROUP
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rml@morrislawgroup.com
Email: rct@morrislawgroup.com

Attorneys for Defendant
FMMR Investments, Inc.
d/b/a Rapid Cash

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC STEINMETZ,<br><br>          Plaintiff,<br><br>v.<br><br>FMMR INVESTMENTS, INC. d/b/a RAPID CASH,<br><br>          Defendant. | Case No. 2:16-cv-01307-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

      Plaintiff Eric Steinmetz and defendant FMMR Investments, Inc. d/b/a Rapid Cash hereby stipulate to the dismissal of this action, with

prejudice, with the parties to bear their own fees and costs.

Date: March 29, 2017

MORRIS LAW GROUP

By: /s/ Raleigh C. Thompson
    Ryan M. Lower, NV Bar No. 9108
    Raleigh C. Thompson,
    NV Bar No. 11296
    900 Bank of America Plaza
    300 South Fourth Street
    Las Vegas, Nevada 89101

Attorneys for Defendant
FMMR Investments, Inc.
d/b/a Rapid Cash

Date: March 29, 2017

HAINES & KRIEGER, LLC

By: /s/ David H. Krieger
    David H. Krieger,
    NV Bar No. 9086
    8985 S. Eastern Ave., Suite 350
    Henderson, Nevada 89123

Attorney for Plaintiff
Eric Steinmetz

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 4, 2017